CLOSED

cc: Fiscal

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVALAN SALES, INC., a California corporation; DAVALAN SALES, INC, a California corporation also trading as THE BANANA COMPANY, CHOUMAS PRODUCE CO., INC., a California corporation; PAOLA MC CITRUS CORP., a California corporation; PROGRESSIVE PRODUCE CORPORATION, a California corporation,<br><br>          Plaintiffs,<br><br>   v.<br><br>F & F BUSINESS MANAGEMENT SERVICES, INC., a corporation d/b/a F & F PRODUCE,<br><br>          Defendant. | Case No.  12-cv-00615-JFW-AJW<br><br>**JUDGMENT AGAINST F & F BUSINESS MANAGEMENT SERVICES, INC. dba F & F PRODUCE** |

1

Having read and considered the Plaintiff DAVALAN SALES, INC.; DAVALAN SALES, INC., also trading as THE BANANA COMPANY; CHOUMAS PRODUCE CO., INC.; PAOLA MC CITRUS CORP.; and, PROGRESSIVE PRODUCE CORPORATION's motion for entry of judgment against Defendant F & F BUSIENSS MANAGEMENT SERVICES, INC., a corporation d/b/a F & F PRODUCE, and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefore,

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff DAVALAN SALES, INC.; DAVALAN SALES, INC., also trading as THE BANANA COMPANY; CHOUMAS PRODUCE CO., INC.; PAOLA MC CITRUS CORP.; and, PROGRESSIVE PRODUCE CORPORATION, and against Defendant F & F BUSIENSS MANAGEMENT SERVICES, INC., a corporation d/b/a F & F PRODUCE, in the cumulative amount of $197,905.44 itemized as follows:

**Davalan Sales, Inc.**

    A. Principal:        $58,899.75.

    B. Finance Charges:    $8,901.28 in accrued interest calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through August 15, 2012.

    C. Attorneys' Fees and Costs:    $1,758.85

    D. Payments:    Less payments received totaling $8,845.00.

**Davalan Sales, Inc., a/t/a The Banana Company**

    A. Principal:        $68,674.90.

    B. Finance Charges:    $10,183.28 in accrued interest calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through August 15, 2012.

    C. Attorneys' Fees and Costs:    $2,051.18

    D. Payments:    Less payments received totaling $10,315.08.

**Choumas Produce Co., Inc.**

    A. Principal: $56,038.00.

    B. Finance Charges: $6,370.28 in accrued interest calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through August 15, 2012.

    C. Attorneys' Fees and Costs: $1,749.75

    D. Payments: Less payments received totaling $14,535.51.

**Paola MC Citrus Corp.**

    A. Principal: $7,937.50.

    B. Finance Charges: $952.60 in accrued interest calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through August 15, 2012.

    C. Attorneys' Fees and Costs: $237.14

    D. Payments: Less payments received totaling $1,192.56.

**Progressive Produce Corporation**

    A. Principal: $8,982.50.

    B. Finance Charges: $1,486.60 in accrued interest calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through August 15, 2012.

    C. Attorneys' Fees and Costs: $268.07

    D. Payments: Less payments received totaling $1,348.10.

All judgment amounts qualify for trust protection under the trust provision of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq*.]

///

///

///

///

1   Plaintiffs are further entitled to receive post-default interest at the rate of
2   18% per annum on all unpaid principal sums due under this judgment until fully
3   paid.
4   The Clerk shall enter judgment forthwith.

DATED: August 17, 2012

_____
Hon. John F. Walter
United States District Judge